IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SCOTT WILLIAMS | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 3:21-cv-02925-D |
| v. | § | |
| | § | |
| DXC TECHNOLOGY COMPANY, | § | |
| | § | |
| Defendant. | § | |

## SECOND JOINT ADR STATUS UPDATE

Pursuant to the Joint Report of Attorney Conference (Doc 12, ¶ 14), the parties hereby report that they do not anticipate that a supervised settlement conference would be productive at this point. Additionally, the parties have not agreed to mediate at this time but will agree to continue private discussions regarding same and will report back to the Court in 30 days if an agreement is reached to participate in mediation and, if so, the name of a selected mediator.

1

Respectfully submitted,

By: */s/ Eric C. Wood*
Eric C. Wood
State Bar No. 24037737
BROWN FOX PLLC
6303 Cowboys Way, Suite 450
Frisco, Texas 75034
Phone: (214) 327-5000
Fax: (214) 327-5001
Email: eric@brownfoxlaw.com

ATTORNEYS FOR PLAINTIFF
SCOTT WILLIAMS

Respectfully submitted,

*/s/ F. Daniel Wood, Jr.*
F. Daniel Wood, Jr. (admitted *pro hac vice*)
THE KULLMAN FIRM
A Professional Law Corporation
600 University Park Place, Suite 340
Birmingham, Alabama 35209
T: 205-871-5858
F: 205-871-5874
fdw@kullmanlaw.com

ATTORNEYS FOR DEFENDANT
DXC TECHNOLOGY COMPANY

## CERTIFICATE OF SERVICE

    Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary because this document is being filed with the Court's electronic-filing system on August 1, 2022.


                    */s/ Eric C. Wood*
                    Eric C. Wood